IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES TRUSTEE;
SAMMIE GRUBBS

**vs**

SAMMIE GRUBBS;
UNITED STATES TRUSTEE

**CASE NO** 13-40161
**CHAPTER:** 7

**DATE**: July 17, 2013
**PLACE**: Benton

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Mark Skaggs — Appears
Paula Newcomb — Appears

**COUNSEL FOR DEFENDANT**: Paula Newcomb — Appears
Mark Skaggs — Appears

**PROCEEDINGS**:
1) Motion to Dismiss Case Under 707(b)
2) Objection to Statement of Presumed Abuse

**MINUTES OF COURT:**

Case is called for hearing on the Motion to Dismiss Case Under 707(b) filed by the United States Trustee and on the Objection to Statement of Presumed Abuse filed by the debtor. Debtor Sammie Grubbs appears. Debtor is granted 14 days to file a Motion to Convert Case to resolve the Motion to Dismiss Case Under 707(b) and Objection to Statement of Presumed Abuse. Failure by the debtor(s) to file Motion to Convert Case within 14 days will result in the dismissal of this case without further hearing or notice.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Thala Krieger
Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**